**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

GOLI NUTRITION INC., a Canadian Corp.; GOLI NUTRITION INC., a Delaware Corp. & Michael Bitensky
    Plaintiff(s),

vs.

Dr. Terry Shirvani,

    Defendant(s).

Case # 2:23-cv-00017-APG-BNW

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Melissa Reinckens_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

DLA Piper LLP US
(firm name)

with offices at _____401 B Street, Suite 1700_____,
(street address)

_____San Diego_____, _____California_____, _____92101_____,
(city) (state) (zip code)

_____619.699.2798_____, _____melissa.reinckens@us.dlapiper.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Goli Nutrition, Inc._____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since May 18, 2017 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Southern District of New York | December 22, 2009 | 4677787 |
| Eastern District of New York | January 21, 2010 | 4677787 |
| Southern District of California | May 24, 2017 | 314657 |
| U.S. Court of Appeals, Federal Circuit | September 3, 2014 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

California (Bar No. 314657)
Massachusetts (Bar No. 672814)
New York (Bar No. 4677787)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____M Reinck_____
Petitioner's signature

STATE OF ____California____ )
COUNTY OF ____San Diego____ )

____Melissa Reinckens____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____M Reinck_____
Petitioner's signature

Subscribed and sworn to before me this

__11__ day of __January__, __2023__.

_____
Notary Public or Clerk of Court

ISSWAJLA CANNON
Notary Public - California
San Diego County
Commission # 2322192
My Comm. Expires Feb 24, 2024

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____James Boyle____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____300 South Fouth Street, Suite 1600____,
(street address)

____Las Vegas____, ____Nevada____, ____89101____,
(city)            (state)          (zip code)

____702.791.0308____, ____jboyle@nevadafirm.com____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) __James D. Boyle__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Goli Nutrition Inc. (Canada) and Goli Nutrition Inc. (Delaware), President
(type or print party name, title)

_____
(party's signature)

Michael Bitensky
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature
__8384__         __jboyle@nevadafirm.com__
Bar number           Email address

APPROVED:

Dated: this __17th__ day of __April__, 20__23__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

December 27, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MELISSA ANNE REINCKENS, #314657 was admitted to the practice of law in this state by the Supreme Court of California on May 18, 2017 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records



# The State Bar of California

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

December 27, 2022

Valerie Fadis
DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, NY 10020-1104

Re: State Bar Number 314657 – Melissa Anne Reinckens

To Whom it May Concern:

In response to your recent request, enclosed please find the certificate(s) of standing for the above-referenced individual.

Should you need further information, please do not hesitate to contact 1-888-800-3400 or AttorneyRegulation@calbar.ca.gov.

Sincerely,

Alex Calderon
Attorney Regulation & Consumer Resources
The State Bar of California

Enclosure(s):

1     Standard

Delivery Method: UPS Domestic
PH: 212-776-3710



**MAURA S. DOYLE**
CLERK

# The Commonwealth of Massachusetts
## SUPREME JUDICIAL COURT
### FOR SUFFOLK COUNTY
### JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117

ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

December 28, 2022

Attorney Melissa Reinckens
Valerie Fadis
1251 Avenue of the Americ 27th Floor
New York City , NY  30309
valerie.fadis@us.dlapiper.com

**IN RE:**        **CERTIFICATE OF ADMISSION AND GOOD STANDING**

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Melissa Reinckens** .  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/  **jr**
Clearance:  12/28/2022 12.27.2022
Enclosures

# COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

Be it remembered, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **December 11, 2008**, said Court being the highest Court of Record in said Commonwealth:

## Melissa Reinckens

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-eighth** day of **December** in the year of our Lord **two thousand and twenty-two.**

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.