# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GOLI NUTRITION INC., a Canadian Corp.; GOLI NUTRITION INC., a Delaware Corp. & Michael Bitensky

Plaintiff(s),

vs.

Dr. Terry Shirvani,

Defendant(s).

Case #2:23-cv-00017-APG-BNW

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Oscar M. Orozco-Botello_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____DLA Piper LLP (US)_____
(firm name)

with offices at _____2000 Avenue of the Stars_____,
(street address)

_____Los Angeles_____, _____California_____, _____90067_____,
(city)                          (state)                      (zip code)

_____310.595.3077_____, _____oscar.orozco-botello@us.dlapiper.com_____.
(area code + telephone number)        (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Goli Nutrition Inc. and Michael Bitensky_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since December 6, 2016 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California Supreme Court | December 6, 2016 | 313104 |
| U.S. Court of Appeals, Ninth Circuit | December 31, 2017 | N/A |
| U.S. Court of Appeals, Second Circuit | December 31, 2018 | N/A |
| Central District of California | December 6, 2016 | 313104 |
| Northern District of California | December 31, 2017 | 313104 |
| Southern District of California | December 31, 2017 | 313104 |
| Central District of Illinois | December 31, 2017 | N/A |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

California (Bar No. 313104)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

1. That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2. FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  California  )
COUNTY OF  Los Angeles  )

 Oscar M. Orozco-Botello , Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this county of Los Angeles, State of California

 11th  day of  January , 2023 .

_____
Notary Public or Clerk of Court

[Notary Seal: NICHOLAS CASTILLO, Notary Public - California, Los Angeles County, Commission # 2402770, My Comm. Expires May 2, 2026]

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate  James Boyle ,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

 300 South Fouth Street, Suite 1600 ,
(street address)

 Las Vegas ,  Nevada ,  89101 ,
(city)          (state)          (zip code)

 702.791.0308 ,  jboyle@nevadafirm.com .
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __James D. Boyle__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Goli Nutrition Inc. (Canada) and Goli Nutrition Inc. (Delaware)
(type or print party name, title)

_____
(party's signature)

Michael Bitensky
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

__8384__     __jboyle@nevadafirm.com__
Bar number        Email address

APPROVED:

Dated: this __17th__ day of __January__, 20__23__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# The State Bar of California

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

December 27, 2022

Valerie Fadis
DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, NY 10020-1104

Re: State Bar Number 313104 – Oscar M. Orozco-Botello

To Whom it May Concern:

In response to your recent request, enclosed please find the certificate(s) of standing for the above-referenced individual.

Should you need further information, please do not hesitate to contact 1-888-800-3400 or AttorneyRegulation@calbar.ca.gov.

Sincerely,

Alex Calderon
Attorney Regulation & Consumer Resources
The State Bar of California

Enclosure(s):

1     Standard

Delivery Method: UPS Domestic
PH: 212-776-3710

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

December 27, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, OSCAR M. OROZCO-BOTELLO, #313104 was admitted to the practice of law in this state by the Supreme Court of California on December 6, 2016 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records